UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TIFFANY ANDERSON, ET AL.**                          **CIVIL ACTION**

**VERSUS**                                            **NO: 09-6390**

**WYETH, INC. ET AL.**                                **SECTION: "S" (3)**

**ORDER**

**IT IS HEREBY ORDERED** that Teva Pharmaceuticals USA, Inc.'s Motion to Sever (Doc. #43) is **GRANTED**.

**IT IS FURTHER ORDERED** that by August 1, 2010, each plaintiff shall file an individualized amended complaint against the appropriate defendant(s). The caption of the amended complaint must contain only the plaintiff and defendant(s) that are the subject of that specific action. The amended complaint shall be accompanied by a copy of the original complaint and a copy of this Order. Upon filing the amended complaint, the Clerk of Court will assign a new docket number and will allot the cause at random among the Judges of the court. All pleadings regarding that case shall thereafter bear the new title, docket number, and section of the new case. The filing fees for the amended complaints are hereby waived.

**IT IS FURTHER ORDERED** that each plaintiff shall serve his or her new amended complaint, a copy of the original complaint, and a copy of this Order on opposing counsel.

**IT IS FURTHER ORDERED** that Teva Pharmaceuticals USA, Inc.'s Motion to Dismiss is (Doc. #42) **DENIED** because it is rendered moot by the severance of this matter.

New Orleans, Louisiana, this  28th  day of June, 2010.

**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**